**2**
BENNY D. BARCO  #253924
**BARCO LAW, A Professional Corporation**
642 Pollasky Ave., Ste 200
Clovis, California  93612
Telephone: (559) 575-0577
bbarco@barcolaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE W HOWELL | CASE NO.: 23-12361 |
| | Chapter 13 |
| | DCN:   BDB-1 |
| Debtor. | NO HEARING |
| | United States Bankruptcy Court |
| | 2500 Tulare Street |
| | Fresno, CA 93721 |
| | Judge:  Hon. RENÉ LASTRETO II |

### EX PARTE MOTION TO DISMISS UNDER 11 U.S.C § 1307(b)

HON. RENÉ LASTRETO II:

The above-named Debtor, ANDRE W HOWELL, by and through his attorney Benny D. Barco, hereby petitions the Court for an Order allowing the debtor to dismiss his case pursuant to 11 U.S.C § 1307(b). This ex-parte motion is based upon the following information and Declaration of ANDRE W HOWELL filed concurrently herewith.

1. Debtor filed a voluntary petition on October 24, 2023.

2. Debtor filed the above-captioned petition for relief under Chapter 13 of the Bankruptcy Code and an order for relief was granted.

3. The above-captioned bankruptcy case has not been converted under 11 U.S.C Section 1112.

4. Debtor filed this request pursuant to 11 U.S.C § 1307(b) and the facts stated in Debtor's declaration.

WHEREFORE, debtor prays for an Order dismissing the above-referenced case without prejudice.

Dated: November 9, 2023　　　　**BARCO LAW, A Professional Corporation**

　　　　　　　　　　　　　　　　　　 /s/ Benny D. Barco
　　　　　　　　　　　　　　　　　　BENNY D. BARCO
　　　　　　　　　　　　　　　　　　Attorney for Debtor