**BENNY D. BARCO  #253924**
**BARCO LAW, A Professional Corporation**
642 Pollasky Ave., Ste 200
Clovis, California  93612
Telephone: (559) 575-0577
bbarco@barcolaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDRE W HOWELL | ) | CASE NO.: 23-12361 |
|---|---|---|
| | ) | Chapter 13 |
| | ) | DCN:  BDB-1 |
| Debtor. | ) | NO HEARING |
| | ) | United States Bankruptcy Court |
| | ) | 2500 Tulare Street |
| | ) | Fresno, CA 93721 |
| | ) | Judge:  Hon. RENÉ LASTRETO II |

### DECLARATION OF ANDRE W HOWELL

### IN SUPPORT OF EX PARTE MOTION TO DISMISS UNDER 11 U.S.C § 1307(b)

I, ANDRE W HOWELL, declare as follows:

1. I am the debtor in the above-captioned case.  I have personal knowledge of the facts stated in this declaration.  If the Court or a party called on us to do so, I could and would competently testify to the facts stated herein under oath.

2. I filed my case on October 24, 2023 under chapter 13.

3. This case was not previously converted under section 706 or 1112 of the Bankruptcy Code.

4. I have not previously filed a case under the Bankruptcy Code in the past 8 years.

5. There is not currently a motion for relief from stay in this case.

-1-

6. I have not made any arrangements with any creditor in connection with this request for dismissal.

7. I am voluntarily dismissing this case because I believe I can better manage my finances outside of bankruptcy.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 9, 2023, at Clovis, California.

Respectfully submitted,

Dated: November 9, 2023

/s/ ANDRE W HOWELL
ANDRE W HOWELL