**2**
BENNY D. BARCO  #253924
**BARCO LAW, A Professional Corporation**
642 Pollasky Ave., Ste 200
Clovis, California  93612
Telephone: (559) 575-0577
bbarco@barcolaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE W HOWELL<br><br>　<br>Debtor. | CASE NO.: 23-12361<br><br>Chapter 13<br><br>DCN:  BDB-1<br><br>NO HEARING<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>Judge:  Hon. RENÉ LASTRETO II |

## ORDER DISMISSING CASE

　　The above-named debtor having filed a request for dismissal of debtor's case pursuant to 11 U.S.C § 1307(b), and it appearing that this case previously has not been converted under §706, §1112, or §1208 of Title 11 of the U.S. Code,

　　IT IS HEREBY ORDERED that this case is dismissed and the case shall proceed to be closed.

Dated: Nov 13, 2023

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

-1-